**No. 09-9162. Derwlyn Rosborough, Petitioner v. United States.**

559 U.S. 1023, 130 S. Ct. 1926, 176 L. Ed. 2d 395, 2010 U.S. LEXIS 2465.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 352 Fed. Appx. 238.

**No. 09-9168. Leslie Redmond, Petitioner v. United States.**

559 U.S. 1023, 130 S. Ct. 1926, 176 L. Ed. 2d 395, 2010 U.S. LEXIS 2500.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-9171. Henry D. Johnson, Petitioner v. United States.**

559 U.S. 1023, 130 S. Ct. 1927, 176 L. Ed. 2d 395, 2010 U.S. LEXIS 2523.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 584 F.3d 731.

**No. 09-9172. Michael Anthony Jones, Petitioner v. United States.**

559 U.S. 1023, 130 S. Ct. 1927, 176 L. Ed. 2d 395, 2010 U.S. LEXIS 2534.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 586 F.3d 573.

**No. 09-9177. Johnson Thelisma, Petitioner v. United States.**

559 U.S. 1023, 130 S. Ct. 1927, 176 L. Ed. 2d 395, 2010 U.S. LEXIS 2469.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 356 Fed. Appx. 217.

**No. 09-9178. Darrell Williams, Petitioner v. United States.**

559 U.S. 1023, 130 S. Ct. 1927, 176 L. Ed. 2d 395, 2010 U.S. LEXIS 2456.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-9180. Dion Eric Savage, Petitioner v. United States.**

559 U.S. 1023, 130 S. Ct. 1927, 176 L. Ed. 2d 395, 2010 U.S. LEXIS 2427.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-9182. Michael Sanders, Petitioner v. United States.**

559 U.S. 1023, 130 S. Ct. 1927, 176 L. Ed. 2d 395, 2010 U.S. LEXIS 2473.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.